IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01485-BNB

COREY WOODARD,

Applicant,

v.

SUSAN JONES, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2008

GREGORY C. LANGHAM
CLERK

## ORDER FOR AMENDED REPLY

This matter is before the Court on the Reply to Respondent's Pre-Answer Response filed on August 27, 2008. In the Reply, Applicant, Corey Woodard, through counsel, requests that if this Court disagrees with his exhaustion arguments, he be allowed "to address any potential procedural default in a further response motion consistent with Coleman v. Thompson, 501 U.S. 722, 750 (1991)." Reply at 5.

Applicant's request will be denied. Since procedural default is an extension of the exhaustion issue, Applicant will be allowed an extension of time in which to file an amended Reply that replaces the Reply filed on August 27, 2008, and that includes any procedural default discussion he wishes to raise. Accordingly, it is

ORDERED that the request of Applicant, Corey Woodard, to be allowed to address any potential procedural default in a further response if this Court disagrees with his exhaustion arguments, is denied. It is

FURTHER ORDERED that Applicant will be allowed **thirty (30) days from the**

**date of this order** in which to file an Amended Reply to Respondent's Pre-Answer Response that replaces the Reply filed on August 27, 2008, and that includes any includes any procedural default discussion he wishes to raise.

DATED September 29, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01485-BNB

Robert G. Levitt
Attorney at Law
**DELIVERED ELECTRONICALLY**

John D. Seidel
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/29/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk