**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01485-CMA-BNB

COREY WOODARD,

    Applicant,

v.

SUSAN JONES, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

**ORDER WITHDRAWING REFERRAL TO MAGISTRATE**

---

Upon further review of the file, the Court's Order of Reference to U.S. Magistrate Judge Boyd N. Boland, dated March 16, 2009 (Doc. # 20), is RESCINDED. This matter will be handled by the presiding judge.

    DATED: March __27__, 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge