**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01485-CMA

COREY WOODARD,

    Applicant,

v.

SUSAN JONES, and
JOHN H. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

Applicant Corey Woodard, a prisoner in the custody of the Colorado Department of Corrections at the Centennial Correctional Facility in Canon City, Colorado, has filed a Writ of Habeas Corpus Petition and Memorandum of Law Pursuant to 28 U.S.C. Section 2254 (Doc. # 1). Respondents have filed an answer (Doc. # 16).

The Court FINDS that the state court record may be necessary for the resolution of this action. Accordingly, it is

ORDERED that <u>on or before May 1, 2009</u>, the Clerk of the Combined Court for El Paso County shall provide to this Court the original written record of El Paso County District Court Case No. 02CR1581, *People v. Woodard*. It is

FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Combined Court for El Paso County by facsimile to (719) 448-7650 and by regular mail to Clerk of the Combined Court, P.O. Box 2980, Colorado Springs, Colorado 80901-2980.

DATED: April __1__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge